UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY ARCHIVE,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>    Defendant. | Civil Action No. 24-3300 (RC) |

## JOINT STATUS REPORT

Pursuant to the Court's January 23, 2025, Minute Order, the Parties conferred and respectfully submit the following status report on this Freedom of Information Act ("FOIA") case:

Plaintiff submitted a FOIA request to Defendant National Archives and Records Administration ("NARA") on November 14, 2023, seeking records related to conversations between President George W. Bush and Russian President Vladimir Putin. ECF No. 1 at 9.

NARA has completed its search for records potentially responsive to Plaintiff's request which resulted in ninety-three Presidential records consisting of 421 pages. The documents have been sent to the Department of State for declassification review and then will be sent to the National Security Council and National Security Council legal for the same. The declassification review will take approximately three months. Declassified records will then be sent to the former and incumbent President for review under 44 U.S.C. § 2208(a). Once the notification period has passed under the timeline provided by the statute, NARA will produce any non-exempt records to Plaintiff.

The parties propose that they be ordered to file a further Joint Status Report on or before May 5, 2025, and every ninety days thereafter until production of documents are complete, at which point the parties will file a Joint Status Report with a proposal for further proceedings.

Dated: February 6, 2025

Respectfully submitted,

*/s/ Andrew Kim*
ANDREW KIM
D.C. Bar #1029348
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
(202) 346-4000
andrewkim@goodwinlaw.com

*Counsel for Plaintiff*

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  */s/ Kaitlin K. Eckrote*
KAITLIN K. ECKROTE
D.C. Bar #1670899
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
(202) 252-2485
Kaitlin.eckrote@usdoj.gov

*Counsel for the United States of America*